UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN SANTANA, Individually, and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> -against-<br><br>NUTRA BULK, INC.,<br><br>       Defendant. | Case No. 1:23-CV-00011 (GLS/CFH) |

**STIPULATION TO DISMISS THE CLASS ACTION COMPLAINT WITH PREJUDICE**

  Plaintiff Juan Santana and Defendant Nutra Bulk, Inc., by and through their counsel of record, **STIPULATE AND AGREE** that: (1) no party hereto is an infant or incompetent; (2) all claims asserted by Juan Santana in the above-captioned action have been settled and that the action may be dismissed, with prejudice, and without payment of any costs, disbursements, or attorney's fees by or to any party, and that an order of dismissal with prejudice and on the merits shall be entered immediately without further notice.

                 **ATTORNEYS FOR PLAINTIFF**
                 **JUAN SANTANA**

Dated: June 14, 2023       By: _EDWARD Y. KROUB_____
                 Edward Y. Kroub, Esq.
                 Mizrahi Kroub LLP
                 225 Broadway, 39th Floor
                 New York, NY 10007
                 (212) 595-6200
                 Ekroub@mizrahikroub.com

**ATTORNEYS FOR DEFENDANT**
**NUTRA BULK INC.**

Dated: June 14, 2023              By: _____*Alex D*_____
Alexander S. Dahle, Esq.
Jackson Lewis P.C.
677 Broadway, 9th Floor
Albany, New York 12207
P: (518) 512-8700
alexander.dahle@jacksonlewis.com

4896-1573-0538, v. 1